UNITED STATES of America, Plaintiff–Appellee,

v.

Judith Emily RICHARDS–BEDWOOD, a.k.a. Ionia Angella Francis–Grant, Defendant–Appellant.

No. 04–16240
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 20, 2005.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Randee Jill Golder, Randee J. Golder, P.A., Boynton Beach, FL, for Defendant–Appellant.

Before BIRCH, CARNES, and BARKETT, Circuit Judges.

PER CURIAM.

As the government correctly concedes, the Appellant's sentence is due to be VACATED and the case REMANDED for the limited purpose of resentencing in light of *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

**SENTENCE VACATED and RE-MANDED.**